UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   8:21-cv-02015-SB-PD                                        Date: April 4, 2022

Title    _Korrell Santana Cole v. Don Barnes et al._

Present: The Honorable:     Patricia Donahue, U.S. Magistrate Judge

|  Isabel Martinez  |  N/A  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:
N/A                                                                  N/A

**Proceedings:**     **(In Chambers) Order to Show Cause Why Case Should Not be Dismissed for Failure to Prosecute**

    On February 2, 2022, the Court dismissed the initial Complaint for its failure to adhere to Federal Rule of Civil Procedure 8 and failure to allege a policy, practice or custom against the defendants named in their official capacity. [Dkt. No. 5.] The Order granted Plaintiff leave to file a First Amended Complaint no later than March 14, 2022. It warned Plaintiff that the failure to timely file a First Amended Complaint may result in dismissal with or without prejudice on the above grounds or for the failure to prosecute.

    As of the date of this Order, Plaintiff has not filed a First Amended Complaint nor filed a Notice of Dismissal.

    Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order." Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's February 2, 2022 Order.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   8:21-cv-02015-SB-PD                                           Date: April 4, 2022

Title         _Korrell Santana Cole v. Don Barnes et al._

Accordingly, by **May 2, 2022**, Plaintiff is **ORDERED TO SHOW CAUSE**, why this Court should not recommend that this action be dismissed for failure to prosecute.

Plaintiff may discharge this Order by filing:

(1)   a request setting forth good cause for an extension of time to file an amended complaint and a declaration signed under penalty of perjury, explaining why he failed to comply with the Court's February 2, 2022 Order; or
(2)   an amended complaint

Alternatively, if Plaintiff does not wish to pursue this action, he may file a signed document entitled "Notice of Voluntary Dismissal" pursuant to Rule 41(a)(1)(A).  **The Clerk is directed to provide Plaintiff with a Form CV-09 Notice of Dismissal.**

Plaintiff is advised that the failure to timely comply with this order may result in the dismissal of this case pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41-1

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | im |